

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00413-CV

DAVID RICE, Appellant

V.

MELINDA RICE, Appellee

§ On Appeal from the 360th District Court

§ of Tarrant County (360-643350-18)

§ January 5, 2023

§ Memorandum Opinion by Justice Bassel

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse the part of the corrected final decree of divorce that awards appellate attorney's fees to Appellee Melinda Rice and remand for a new trial solely on that issue. We affirm the remainder of the corrected final decree of divorce.

It is further ordered that Appellant David Rice and Appellee Melinda Rice shall split all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel